UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMAAL THOMAS,<br><br>        Plaintiff,<br><br>v.<br><br>CHAD DARLING, ALEX PIZZARO, SCOTT CAMP, CHRIS HARING,<br><br>        Defendants. | Case No. 2:16-cv-2691-CKD-PC<br><br>**ORDER GRANTING SUBSTITUTION OF ATTORNEY FOR DEFENDANT C. DARLING** |

Defendant CHAD DARLING, having filed a substitution of attorney seeking to substitute the Office of the Attorney General, Brian S. Chan, Deputy Attorney General with Susan E. Coleman of Burke, Williams & Sorensen, LLP, as his attorneys of record.

For good cause shown, IT IS HEREBY ORDERED that hereinafter, Susan E. Coleman, will serve as counsel of record for Defendant C. DARLING in this action.

IT IS SO ORDERED.

Dated: July 18, 2017

_Carolyn K. Delaney_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE