UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMAAL THOMAS,<br><br>    Plaintiff,<br><br>    v.<br><br>CHAD DARLING, et al.,<br><br>    Defendants. | No. 2:16-cv-02691 JAM CKD P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se in an action brought pursuant to 42 U.S.C. § 1983. Defendants Camp, Pizarro, and Haring have filed a motion to modify the discovery and scheduling order. ECF No. 30. Plaintiff has also filed a motion to stay the pending discovery schedule based on his transfer to the Men's Central Jail in Los Angeles County and the corresponding lack of access to his legal materials. ECF No. 28. For good cause shown, the court will grant both motions and extend the discovery deadline to January 12, 2018. Any motions necessary to compel discovery shall be filed by that date. All pretrial motions, except motions to compel discovery, shall be filed on or before April 3, 2018.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to stay the pending discovery schedule, ECF No. 28, is granted as indicated above; and,

/////

1

2. Defendants Camp, Pizarro, and Haring's motion to modify the discovery and scheduling order, ECF No. 30, is also granted with the modified dates indicated above.

Dated: November 14, 2017

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/thom2691.41dso.amended.docx