IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMAAL THOMAS,** | Case No. 2:16-cv-2691-CKD (PC) |
| Plaintiff, | **[~~PROPOSED~~] ORDER** |
| v. | |
| **CHAD DARLING, et al.,** | |
| Defendants. | |

Good cause appearing, Defendants Camp, Pizarro, and Haring's motion to modify the discovery and scheduling order (ECF No. 24 & 31) is granted. All pretrial motions, except motions to compel discovery, shall be filed on or before April 17, 2018.

IT IS SO ORDERED.

Dated: April 4, 2018

*/s/ Carolyn K. Delaney*
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1