IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMAAL THOMAS,**<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**CHAD DARLING, et al.,**<br><br>　　　　　　　　　　Defendants. | Case No. 2:16-cv-2691-CKD (PC)<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO FILE VIDEO WITH THE COURT** |

　　Good cause appearing, Defendants Camp, Pizarro, and Haring's motion to file a video of the September 24, 2015 incident with the Court is granted. Defendants may file or lodge the compact discs with the Clerk of the Court as an exhibit in support of defendants' anticipated motion for summary judgment. **Defendants are further ordered to make the recording available to plaintiff for his review at least 14 days before his opposition to the summary judgment motion is due.**

Dated: April 16, 2018

　　　　　　　　　　　　　　　　　　　　／s／ Carolyn K. Delaney
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1