UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMAAL THOMAS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHAD DARLING, et al.,<br><br>　　　　Defendants. | No. 2:16-cv-02691 JAM CKD P<br><br>ORDER |

　　　　Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On February 15, 2019, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations.

　　　　The court presumes that any findings of fact are correct. See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

1

| | |
|---|---|
| 1 | Accordingly, IT IS HEREBY ORDERED that: |
| 2 | 1. The findings and recommendations filed February 15, 2019, are adopted in full; |
| 3 | 2. The motion for summary judgment filed by defendants Camp, Haring, and Pizzaro |
| 4 | (ECF No. 44) is granted; |
| 5 | 3. Plaintiff's Eighth Amendment claims against defendants Camp, Haring, and Pizarro |
| 6 | are dismissed with prejudice; and, |
| 7 | 4. This case is proceeding on the Eighth Amendment claims against defendant Darling. |
| 8 | |
| 9 | DATED: March 27, 2019 |
| 10 | /s/ John A. Mendez_____ |
| 11 | UNITED STATES DISTRICT COURT JUDGE |