UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMAAL THOMAS, | No. 2:16-cv-02691-JAM-CKD-P |
| Plaintiff, | |
| v. | ORDER |
| CHAD DARLING, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this federal civil rights action filed pursuant to 42 U.S.C. § 1983. In light of plaintiff's election of a magistrate judge not assigned to this case to handle the settlement conference previously scheduled for June 17, 2019, this matter has been referred to Magistrate Judge Allison Claire.

Accordingly, IT IS HEREBY ORDERED that:

1. The settlement conference scheduled for June 17, 2019 is vacated.

2. It is re-scheduled for August 1, 2019 at 09:00 AM in Courtroom 26. Each party is reminded of the requirement that it be represented in person at the settlement conference by a person with full settlement authority. See Local Rule 270. At least seven (7) days prior to the conference, the parties are directed to submit confidential settlement conference statements to chambers via email (acorders@caed.uscourts.gov). Such statements shall not be filed with the Clerk.

However, each party shall e-file a one page document entitled Notice of Submission of Confidential Settlement Conference Statement. The parties may agree, or not, to serve each other. Since plaintiff is a pro se prisoner, he may submit his settlement statement clearly marked as a "CONFIDENTIAL SETTLEMENT CONFERENCE STATEMENT" and a separate "Notice of Submission of Settlement Conference Statement" by mail.

3. The stay previously entered in this case remains in full force and effect pending further order of the court.

Dated: May 8, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/thom2691.newsettlement.docx