UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMAAL THOMAS, | No. 2:16-cv-02691-JAM-CKD (PC) |
| Plaintiff, | |
| v. | ORDER |
| CHAD DARLING, et al., | |
| Defendants. | |

This case was voluntarily dismissed on August 5, 2019 pursuant to the terms of a settlement agreement reached between plaintiff and defendant Darling. ECF No. 73. However, on September18, 2019, plaintiff filed a motion requesting to change the payee who receives the settlement proceeds. ECF No. 75. Defendant Darling filed a response on September 23, 2019 indicating that a new payee form was sent to the designated individual and a revised settlement agreement was sent to plaintiff to sign. ECF No. 76. Plaintiff has not filed a reply to defendant Darling's response.

Accordingly, IT IS HEREBY ORDERED that within 14 days from the date of this order plaintiff shall file: 1) a reply to defendant Darling's response indicating the status of the settlement payment; or, 2) a notice to withdraw his motion to amend the settlement agreement if the parties have resolved the matter.

/////

Dated: February 18, 2020

/s/ Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/thom2691.oscpayee.docx