UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMAAL THOMAS,<br><br>   Plaintiff,<br><br>   v.<br><br>CHAD DARLING, et al.,<br><br>   Defendants. | No.  2:16-cv-02691-JAM-CKD<br><br><br>ORDER |

This case was voluntarily dismissed on August 5, 2019 pursuant to the terms of a settlement agreement reached between plaintiff and defendant Darling.  ECF No. 73.  However, on September 18, 2019, plaintiff filed a motion requesting to change the payee who receives the settlement proceeds.  ECF No. 75.  Defendant Darling filed a response on September 23, 2019 indicating that a new payee form was sent to the designated individual and a revised settlement agreement was sent to plaintiff to sign.  ECF No. 76.  On February 18, 2020, the court ordered plaintiff to file a reply to defendant Darling's response indicating the status of the settlement payment.  ECF No. 77.  To date, plaintiff has not filed a reply nor any other response to this court's February 18, 2020 order.  In light of plaintiff's lack of response, the court will deny plaintiff's motion as moot.  The court will take no further action in this closed case.

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to change the payee (ECF No. 75) is denied as moot.

Dated:  June 18, 2020

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/thom2691.payeestatus.docx